Anthony Fred MARTIN, Plaintiff–Appellant,

v.

Michael McCALL; Lieutenant McCauley; Officer Timms, Defendants–Appellees.

No. 13–7651.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2014.

Decided: April 3, 2014.

Anthony Fred Martin, Appellant Pro Se.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Fred Martin appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning below. *Martin v. McCall,* No. 4:13–cv–01567–DCN, 2013 WL 5316316 (D.S.C. filed Sept. 20, entered Sept. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before this court and argument would not aid the decisional process.

*AFFIRMED.*